IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| H.E. McGONIGAL INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-0549-TWP-DML |
| | ) |
| HARLEYSVILLE LAKE STATES | ) |
| INSURANCE COMPANY and | ) |
| COREPOINTE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR CERTIFICATION OF APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

H.E. McGonigal, Inc. moves the Court to certify immediate appeal of its ruling denying McGonigal's Motion to Reconsider. In denying that motion, McGonigal submits that the Court cemented manifest error by holding that a bad faith claim against an insurance company, mounted by its insured, is subject to standards beyond "notice pleading." Certification presents the straightforward question of whether pleading "bad faith" in the context of a dispute between an insured and an insurer requires anything more.

McGonigal submits that in denying its motion for leave to amend [Dkt. 49], the Court closed the door to McGonigal's claim without benefit of the amended complaint filed after a period of discovery. That decision is contrary to authority in both the Northern and Southern Districts of Indiana. Denial of McGonigal's Motion to Reconsider [Dkt. 82] cements the error and renders it ripe for interlocutory

appeal. This request meets the criteria set forth in *Arenholz v. Board of Trustees,* 219 F.3d 674.

WHEREFORE, Plaintiff, H.E. McGonigal Inc., requests that this court certify this matter and the issue set forth above for immediate appeal pursuant to 28 U.S.C. § 1292(b), and for all other just and proper relief.

                                              Respectfully submitted

Dated: April 26, 2017                  /s/ Briane M. House
                                            Briane M. House, Atty. No. 8287-30
                                            SKILES DETRUDE
                                            150 E. Market St., Ste. 200
                                            Indianapolis, Indiana 46204
                                            bhouse@skilesdetrude.com
                                            (317) 321-2407
                                            (317) 321-2414 (facsimile)
                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via ECF on April 26, 2017 to all counsel of record.

                                              /s/ Briane M. House
                                              Briane M. House